IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATHAN E. LOCKE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-09-1178 |
| § | |
| MICHAEL ASTRUE, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant § | |

## FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Memorandum and Order that Plaintiff's Motion for Summary Judgment (Document No. 7) is DENIED, Defendant's Motion for Summary Judgment (Document No. 11) is GRANTED, and the decision of the Commissioner is AFFIRMED.

This is a FINAL JUDGMENT.

The clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this 22c day of June, 2010.

_Frances Stacy_
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE